

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00537-CV

The **STATE** of Texas for the Best Interest and Protection of **C.M.G.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00485
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. The district clerk's motion for extension of time to file the clerk's record is MOOT. Costs of this appeal are taxed against Appellant Roy Good.

SIGNED September 24, 2014.

_____
Patricia O. Alvarez, Justice